IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEANDRAE MARQUEZ JONES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:25-cv-443-RAH-SMD |
| SAMARRIA DUNSON, *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

On October 1, 2025, the Magistrate Judged filed a Recommendation (doc. 12) which recommended that the Complaint (doc. 1) be dismissed without prejudice for Jones's failure to prosecute and abide by orders of the Court. No objections have been filed.

Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Recommendation (doc. 12) is **ADOPTED**; and
2. This action is **DISMISSED** without prejudice.

**DONE** and **ORDERED** on this the 10th day of November 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE